UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80584-BER

IPN, LLC,

        Plaintiff,

vs.

SLANG INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before me upon the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 52), filed on September 10, 2025. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Joint Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately" upon filing. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012); Fed. R. Civ. P. 41(a)(1)(A)(ii). As such, this case is **DISMISSED WITH PREJUDICE**. Any and all pending motions are hereby **DENIED AS MOOT**; all deadlines, hearings and conferences, including trial, are **TERMINATED;** and the Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED**, in Chambers at West Palm Beach, Florida this 10th day of September, 2025.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE